# Court of Appeals
# of the State of Georgia

ATLANTA, September 09, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0239. ERICK DESHONE MCCONNELL v. THE STATE.

Erick McConnell pled guilty to possession with intent to distribute methamphetamine and fleeing or attempting to elude a police officer, and the trial court imposed sentence on May 19, 2025. McConnell then filed this appeal on June 23, 2025. We lack jurisdiction because the appeal is untimely.

A notice of appeal must be filed within 30 days of entry of the order to be appealed, OCGA § 5-6-38 (a), and the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). McConnell's notice of appeal was filed 35 days after entry of the trial court's sentence and was therefore untimely. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/09/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.